No. 581. JAPANESE WAR NOTES CLAIMANTS ASSOCIATION OF THE PHILIPPINES, INC. *v.* UNITED STATES, 389 U. S. 971;

No. 668. AMPLEX OF MARYLAND, INC. *v.* OUTBOARD MARINE CORP., 389 U. S. 1036;

No. 720. HENRY *v.* DELHI-TAYLOR OIL CORP., 389 U. S. 1021;

No. 735. KLEIN ET AL. *v.* UNITED STATES, 389 U. S. 1037;

No. 753. BIRNS *v.* OHIO, 389 U. S. 1038;

No. 758. GATES *v.* P. F. COLLIER, INC., 389 U. S. 1038;

No. 768. OSBOURNE ET AL. *v.* MISSISSIPPI VALLEY BARGE LINE CO. ET AL., 389 U. S. 579;

No. 769. SKYLINE HOMES, INC. *v.* NATIONAL LABOR RELATIONS BOARD, 389 U. S. 1039;

No. 790. BRASWELL MOTOR FREIGHT LINES, INC., ET AL. *v.* UNITED STATES ET AL., 389 U. S. 569;

No. 815. PAULAITIS *v.* PAULAITIS, *ante,* p. 36;

No. 820. THRIFTY SHOPPERS SCRIP CO. *v.* UNITED STATES ET AL., 389 U. S. 580;

No. 821. BELL ET UX. *v.* UNITED STATES, 389 U. S. 1042;

No. 840. MILLER *v.* HAINES, DIRECTOR, DEPARTMENT OF MENTAL HYGIENE AND CORRECTION OF OHIO, ET AL., 389 U. S. 582;

No. 843. RUTHERFORD ET AL. *v.* AMERICAN MEDICAL ASSOCIATION, INC., ET AL., 389 U. S. 1043;

No. 850. JAMES, STATE TREASURER OF TEXAS, ET AL. *v.* GILMORE ET AL., 389 U. S. 572;

No. 865. E. W. BUSCHMAN CO. *v.* NATIONAL LABOR RELATIONS BOARD, 389 U. S. 1045;

No. 927. ZUCKERMAN ET AL. *v.* GREASON, *ante,* p. 925; and

No. 928. ALLINSON *v.* GREASON, *ante,* p. 925. Petitions for rehearing denied.